MN,ND-305
(5/94)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Gretchen Ann Bastien

Chapter 7

Case No. 08-36468

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Minneapolis Orthapedics, Ltd. 825 South 8th Street, Suite 550 Minneapolis, MN 55404 | 1 | $770.00 | $4.99 |

Date: April 28, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475